IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KAREN LANGENFELD,

    Plaintiff,                                 Case No. 2:13-cv-469
                                              JUDGE GREGORY L. FROST
v.                                              Magistrate Judge Mark R. Abel

ARMSTRONG WORLD INDUSTRIES,
INC.,

    Defendant.

## OPINION AND ORDER

This matter is before the Court for consideration of Plaintiff's motion for a fourteen-day extension of time in which to respond to Defendant's motion for summary judgment. (ECF No. 47.) For good cause shown, the Court **GRANTS** the request for an extension, but **DENIES** Plaintiff's request to extend the deadline until May 27, 2014. Plaintiff's response in opposition to Defendant's pending motion for summary judgment shall be filed on or before **May 19, 2014**. The non-oral hearing on Defendant's pending motion remains scheduled for June 13, 2014.

    IT IS SO ORDERED.

                                                     /s/ Gregory L. Frost
                                                   GREGORY L. FROST
                                                   UNITED STATES DISTRICT JUDGE